# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2778

_____

Gerald Kettler; Dennis Boatwright; Catherine Politte

Plaintiffs - Appellants

v.

Metropolitan St. Louis Sewer District, a municipal corporation

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00500-SRW)
_____

## JUDGMENT

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 17, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Maureen W. Gornik